ROBERT P. NORTON

VS

AIMEE J. PONCET

8805

:

: : : :

NO. 8805

COURT OF APPEAL

PARISH OF ORLEANS

WILLIAM A. BELL, JUDGE

- - -

FEBRUARY 19, 1923.

8805

By WILLIAM A. BELL, Judge.

Plaintiff sues defendant herein for the sum of $180.00, the alleged value of certain furniture and other household effects sold to defendant. The *answer* is a general denial. From a judgment in favor of plaintiff, defendant appeals.

The extensive testimony taken in this case develops a controversy between plaintiff and defendant, not as to the articles or the value thereof said to have been sold by plaintiff to defendant, but upon the question of fact whether the said articles were in such condition as to justify defendant in rejecting the same and refusing to pay therefor.

The trial judge in this case wrote a careful, lengthy and exhaustive opinion in discussion of the issues of fact, which are alone involved, and after careful consideration by us of said opinion, studied in diligent connection with all of the testimony which we have read and reviewed, we find that his reasons for judgment are clear and explicit and that nothing can be added thereto in support of the learned judge's conclusions. We adopt his views of the case.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the judgment as herein appealed from be and the same hereby is affirmed at defendant's costs in both courts.

JUDGMENT AFFIRMED.                    FEBRUARY 19, 1923.